The People of the State of New York, Respondent, v. Lydia Hill, Appellant.—Judgment of conviction affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Milton Alexander, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Hirschberg, Burr and Rich, JJ., concurred; Jenks, P. J., and Stapleton, J., dissented.

The People of the State of New York ex rel. William M. O'Connor, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ., concurred.

Annie Reilly, Respondent, v. Arthur W. Connable, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg and Rich, JJ., concurred; Thomas and Carr, JJ., dissented.

Antonio Rossi, Appellant, v. The Procter & Gamble Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that questions of fact were presented which ought to have been submitted to the jury. We are of opinion that the evidence shows that plaintiff and defendant's engineer were not fellow-servants. Hirschberg, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., dissented.

Annie E. Seaman, as Administratrix, etc., of Alanson H. Seaman, Deceased, Respondent, v. New York Telephone Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

Henrietta Simon, Respondent, v. Julius Etgen and Others, as Executors, etc., of William H. Burgess, Deceased, Appellants. — Judgment and order affirmed, with costs. No opinion, Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Carr, J., dissented, only as to the allowance of interest.

Frank E. Smith, Suing on Behalf of Himself and Other Stockholders of the Westchester Bronxville Realty Company Similarly Situated, Respondent, v. Westchester Bronxville Realty Company and Others, Appellants. — Judgment affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term (Reported in 78 Misc. Rep. 75). Jenks, P. J., Hirschberg, Burr, Thomas and Stapleton, JJ., concurred.